UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                      :
NETRATINGS, INC.,
                                                      :
                          Plaintiff,
                                                      :   Case No.: 06-cv-3353 (BSJ) (HBP)
          v.
                                                      :
180SOLUTIONS, INC. and ZANGO, INC.,
                                                      :
                          Defendants.
                                                      :
                                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF TIMOTHY M. SALMON**

TIMOTHY M. SALMON hereby declares:

I am an associate at Dreier LLP, attorneys for Plaintiff NetRatings, Inc.

("NetRatings").  I submit this Declaration in support of NetRatings' Opening Claim Construction

Brief and place the following true and correct copies of documents before the Court:

| Description | Exhibit |
|---|---|
| Zango, Inc. webpage, http://www.zangocash.com/programs/software.html | 1 |
| Zango, Inc. webpage, http://www.zango.com/Destination/Corporate/PrivacyPolicy.aspx | 2 |
| Zango, Inc. webpage, http://adservices.zango.com/PL/ProductAndServices.aspx | 3 |
| Excerpts, *IBM Dictionary of Computing* (George McDaniel ed., 10th ed. 1993) | 4 |
| Excerpts, *McGraw-Hill Dictionary of Scientific and Technical Terms* (Sybil P. Parker ed., 5th ed. 1994) | 5 |
| Excerpts, *Webster's II New College Dictionary* (1995) | 6 |
| Excerpts, *The Merriam-Webster Dictionary* (1997) | 7 |
| Excerpts, *Microsoft Press Computer Dictionary* (3rd ed. 1997) | 8 |

- 2 -

| **Description** | **Exhibit** |
|---|---|
| Excerpts, *The New IEEE Standard Dictionary of Electrical and Electronics Terms* (Christopher J. Booth ed., 5th ed. 1993) | 9 |

I hereby declare under penalty of perjury that the foregoing is true and correct.


Dated:  April 27, 2007

/s/Timothy M. Salmon_____
Timothy M. Salmon


248736