UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                        :
NETRATINGS, INC.,
                                        :
                    Plaintiff,
                                        :
        v.                              :    Case No.: 06-cv-3353 (BSJ) (HBP)
                                        :
180SOLUTIONS, INC. and ZANGO, INC.,
                                        :
                    Defendants.
                                        :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**<u>DECLARATION OF DR. BENJAMIN GOLDBERG</u>**

I, Dr. Benjamin Goldberg, the undersigned, declare:

1.      I am a tenured associate professor in the Department of Computer Science of the

Courant Institute of Mathematical Sciences at New York University ("NYU"), in New York,

New York.

2.      I received my Ph.D. degree in computer science from Yale University, New

Haven, Connecticut in 1988, and my Master of Science and Master of Philosophy degrees in

computer science from Yale in 1984.  My undergraduate degree from Williams College in 1982

was a Bachelor of Arts degree with highest honors in mathematical sciences.

3.      I have published over 30 research papers in computer science – primarily in the

areas of programming languages, compilers, and verification (ensuring the correctness of

software).  My research has received substantial funding from, among others, the National

Science Foundation, the U.S. Department of Defense's Defense Advanced Research Projects

Agency (DARPA), and the Office of Naval Research.  I have developed and/or taught graduate

and undergraduate courses in programming languages, compilers, operating systems, computer architecture, embedded systems, algorithms, and object-oriented programming.

4.      I designed and taught the undergraduate course in Object Oriented programming at New York University, which focused on Java (including Java applets), and C++, but also discussed other languages, such as JavaScript, with object oriented features.  I have also taught courses on operating systems (in which the handling of events plays a critical role) and have lectured on the subject of networks, network protocols, and the World Wide Web.  My research area is programming languages, an important component of which is the study of a variety of computer languages used in a wide range of application areas – including interpreted languages (like JavaScript and Java byte code) that are executed by software applications such as browsers and stand-alone interpreters.

5.      I also have extensive experience reviewing source code in numerous technical industry areas, including banking and finance software, printer and toner cartridge software, optical mouse software, telecommunications software, and web software.

6.      Additional information concerning the computer science courses that I have taught, my professional publications and presentations in the field of computer science are set forth in my current Curriculum Vitae, a copy of which is attached hereto.

7.      I have been asked to provide my opinion meaning of the term "log" in U.S. Patent No. 5,675,510 ("the '510 patent") and U.S. Patent No. 6,115,680 ("the '680 patent", collectively "the Coffey patents").  For my work in this case, I am charging my usual and customary rate of $375 per hour.  My compensation is not in any way dependent on the outcome of this proceeding or the substance of my opinion.

8.      I have read the April 27, 2007 declaration of Dr. Brian Bershad.  He appears to disagree with NetRatings' construction of "log" because he interprets the "record of data" of NetRatings' construction as allowing for the transient storage of data which is quickly overwritten before it could be used further (see paragraphs 15-26 of Dr. Bershad's declaration, in which he gives, as an example of a "record of data", the location in memory to which a browser writes the title of the current web page by overwriting the title of the previous web page each time).

9.      I understand that NetRatings has construed the term "log", as used in the claims of the '510 and '680 patents, to be "a record of data". I agree with this construction, when read in the context of the claims of the '510 and '680 patents – where (for example) the log is included in the meter, is stored in the memory of a user machine, identifies titles of open windows and reflects a log of titles of web pages (or contains character strings reflecting on-line activity), and is transferred to a processing station.  In the context of these patents, it is clear that the log is a record of data concerning the use of the user computer as indicated by predetermined events. The log must clearly record the data long enough on the user machine for the data to be transferred to the processing station.

DATED:  May 25, 2007               _____
                                   Benjamin Goldberg

259970

3