UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

NETRATINGS, INC.,                          :

        Plaintiff,                      :

                           Civil Action No. 1:06-CV-03353 (BSJ) (HP)

    -v-                                 :

180SOLUTIONS, INC. and ZANGO, INC.,        :

        Defendants.                     :

---------------------------------------- X

### DEFENDANT'S NOTICE OF MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF RELATED CASES

      PLEASE TAKE NOTICE that Defendant Zango, Inc, f/k/a 180solutions, Inc. ("Zango") hereby moves the Court for an Order staying the proceedings pending the resolution of related cases. This Motion is based upon the accompanying Memorandum of Law in Support of Defendant's Motion to Stay Proceedings Pending Resolution of Related Cases.

Dated: May 30, 2007.

                                       **PERKINS COIE LLP**

                              By:  */s/ Ramsey M. Al-Salam*
                                    Ramsey M. Al-Salam (*Pro Hac Vice*)
                                    1201 Third Avenue, Suite 4800
                                    Seattle, Washington  98101
                                    (206) 359-8000/(206) 359-9000
                                    RAlSalam@perkinscoie.com

                                    Richard S. Mandaro (RM 2602)
                                    AMSTER, ROTHSTEIN & EBENSTEIN, LLP
                                    90 Park Avenue
                                    New York, New York 10016
                                    Tel: (212) 336-8000/Fax: (212) 336-8001
                                    rmandaro@arelaw.com

                                  Attorneys for Defendant Zango, Inc. (f/k/a 180solutions, Inc.)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was sent on the 30th day of May, 2007, to the following CM/ECF filing:

Karine Louis, Esq.
klouis@dreierllp.com
Arianna Frankl
afrankl@dreierllp.com
Timothy M. Salmon
tsalmon@dreierllp.com
Dreier LLP
499 Park Avenue
New York, NY 10022


/s/ Ramsey M. Al-Salam
Ramsey M. Al-Salam