UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                                      :
NETRATINGS, INC.,                     :
                                      :
            Plaintiff,                :
                                      :
    vs.                               : Civ. Action No. 06-3353 (BSJ)
                                      :
180SOLUTIONS, INC. AND ZANGO, INC.,   : STIPULATION AND ORDER OF
                                      : DISMISSAL WITH PREJUDICE
            Defendant.                :
                                      :
------------------------------------- x

Plaintiff NetRatings, Inc. ("NetRatings"), through its counsel, and Defendant, 180solutions, Inc. and Zango, Inc. ("Zango"), through its counsel, hereby stipulate that they have reached a confidential settlement of the dispute that is the subject matter of the above-referenced action (the "Action"). Based upon such settlement, and upon the consent and approval of NetRatings and Zango as indicated herein, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Action, including, without limitation, all claims and counterclaims asserted in the Action, is hereby dismissed with prejudice as to all parties pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure; and

2. Each party shall bear its own costs and attorneys fees.

30

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/08

AGREED TO AND ACCEPTED:

Date: 7/25/08
*Counsel for NetRatings, Inc.*

DREIER LLP

By: _____
Seth H. Ostrow (SO 9605)
Arianna Frankl (AF 7764)

499 Park Avenue
New York, New York 10022
Telephone: (212) 328-6100
Facsimile: (212) 328-6101

Date:
*Counsel for 180solutions, Inc. and Zango, Inc.*

PERKINS COIE LLP

By: _____
Ramsey M. Al-Salam (*Pro Hac Vice*)
Ryan J. McBrayer (*Pro Hac Vice*)

1201 Third Avenue, Suite 4800
Seattle, Washington 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

SO ORDERED:

Dated: July 28, 2008

_____
Honorable Barbara S. Jones
United States District Judge

31